Ronald L. **BOYER**, Appellant,

v.

Cranston **MITCHELL**, Respondent.

No. WD 44787.

Missouri Court of Appeals,
Western District.

March 24, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
April 28, 1992.

Ronald L. Boyer, pro se.

Stewart Freilich, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and ULRICH and SPINDEN, JJ.

PER CURIAM.

ORDER

Appeal from an order granting a Motion for Summary Judgment favorable to respondent, Cranston Mitchell, Chairman of the Missouri Board of Probation and Pa-

role, and dismissing appellant's Petition for Declaratory Judgment.

Judgment affirmed. Rule 84.16(b).